# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Joseph Kelly, (R26404),<br><br>        Petitioner,<br><br>    v.<br><br>Robert Mueller, Warden,<br>Centralia Correctional Center,<br><br>        Respondent. | Case No. 16 C 50061<br><br>Judge Frederick J. Kapala |

## ORDER

This case is transferred forthwith to the United States District Court for the Central District of Illinois at Peoria, Illinois for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The Clerk is instructed to close this case number on this Court's docket.

## STATEMENT

Petitioner Joseph Kelly, an inmate confined at the Centralia Correctional Center, brings this *pro se* habeas corpus action under 28 U.S.C. § 2254 challenging his 2009 burglary convictions from the Circuit Court of the Eleventh Judicial Circuit, Livingston County, Illinois. Livingston County lies within the federal judicial district for the United States District Court for the Central District of Illinois. *See* 28 U.S.C. § 93(b). Centralia Correctional Center is in Centralia, Illinois. Centralia is located in Marion County in the Southern District of Illinois. *See* 28 U.S.C. § 93(c).

Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of his conviction. However, given the ready availability of court records and, if necessary, potential witnesses, the district in which the prisoner was convicted is generally considered the more convenient of the two. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 493-94 (1973). Accordingly, finding the district of conviction a more desirable forum for this action, the Court, pursuant to the discretion granted it under 28 U.S.C. § 2241(d), orders this action transferred to the United States District Court for the Central District of Illinois at Peoria, Illinois for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases. The Clerk is instructed to close this case number on this Court's docket.

Date: March 23, 2016